**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| DAVIS MORRIS,<br><br>       Plaintiff,<br><br>v.<br><br>BOASSO AMERICA CORPORATION,<br><br>       Defendant. | CIVIL ACTION NO.:<br>1:22-cv-04178-SEG<br><br>_____ |

**DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES**

COMES NOW Defendant Boasso America Corporation, pursuant to this Court's December 15, 2022 Scheduling Order, Local Rules 26.1 and 26.2, hereby identify the following experts, Dr. Ian Zeller, Dr. Barry Jefferies, and Kevin Galbreath, who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence.

1. Identity of Expert Witnesses:

Ian Zeller Ph. D.

Rimkus

277 Douglas Avenue, Suite 1008

Altamonte Springs, FL 32714

94767978.1

Barry Frederick Jeffries , M.D.

Radiology Explained, PC

227 Sandy Springs Pl # D493

Sandy Springs, GA 30328-5918

Kevin Galbreath

Transportation Safety Specialist

1002 South Briarcliff Circle

Maryville, TN 37803

2.  Expected Testimony:

**Dr. Ian Zeller**, Biomechanical and Accident Reconstruction Expert: Dr. Zeller is a Biomedical Engineer, with special emphasis on biomechanics and accident reconstruction. Dr. Zeller's testimony is expected to encompass an analysis of the force of the subject incident and its effect on the human body, stopping distances, reaction time, and accident avoidance. Dr. Zeller's opinions will be based upon his review and analysis of written discovery requests and responses, deposition transcripts, non-party responses to discovery requests, and all other documents and material exchanged between the parties throughout discovery in addition to material relating to his expertise in accident reconstruction.

94767978.1                                                  2

Dr. Zeller may review additional documents and depositions as discovery proceeds through trial, including, but not limited to, new records produced through the completion of discovery and reserves the right to change or modify his opinions if additional information and evidence is provided for consideration prior to trial or at trial including, but not limited to, rebuttal evidence and opinions.

**Dr. Barry Jefferies**, Radiology Expert:  Dr. Jefferies is a radiology diagnostician. Dr. Jefferies's testimony is expected to encompass an analysis of the causation and the extent of the plaintiff's injuries, radiology imaging, and radiology reporting. Dr. Jefferies's opinions will be based upon his review and analysis of written discovery requests and responses, deposition transcripts, non-party responses to discovery requests, and all other documents and material exchanged between the parties throughout discovery in addition to material relating to his expertise in accident reconstruction.

Dr. Jefferies may review additional documents and depositions as discovery proceeds through trial, including, but not limited to, new records produced through the completion of discovery and reserves the right to change or modify his opinions if additional information and evidence is provided for consideration prior to trial or at trial including, but not limited to, rebuttal evidence and opinions.

**Kevin Galbreath,** Transportation and Trucking Expert: Mr. Galbreath is an expert in the field of transportation safety, and he specializes in matters involving

94767978.1                                                3

tractor-trailer collisions. Mr. Galbreath's testimony is expected to encompass the applicable transportation industry safety and compliance matters related to the enforcement of the Federal Motor Carrier Safety Regulations (FMCSRs) and applicable state fleet safety laws and any duty of care issues impacting the subject incident. Mr. Galbreath's opinions will be based upon his review and analysis of written discovery requests and responses, deposition transcripts, non-party responses to discovery requests, and all other documents and material exchanged between the parties throughout discovery in addition to material relating to his expertise.

Mr. Galbreath may review additional documents and depositions as discovery proceeds through trial, including, but not limited to, new records produced through completion of discovery and reserves the right to change or modify his opinions if additional information and evidence is provided for consideration prior to trial or at trial including, but not limited to, rebuttal evidence and opinions.

Expert's written reports are to be provided. Please see the attached CVs and Fee Schedules. **Exhibit "A"**

Respectfully submitted this 10th day of <u>May</u>, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 – Telephone
404.467-8845 – Facsimile

/s/ Jennifer L. Cobb
WM. DANIEL FLOYD
Georgia Bar No.: 266490
JENNIFER L. COBB
Georgia Bar No. 75336

94767978.1                                        4

Daniel.Floyd@lewisbrisbois.com        *Counsel for Defendant*
Jennifer.Cobb@lewisbrisbois.com

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to L.R. 5.1 and L.R. 7.1(D), the undersigned hereby certify that the foregoing was prepared using 14-point Times New Roman font.

Respectfully submitted this 10th day of <u>May</u>, 2023.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

Bank of America Plaza
600 Peachtree Street NE
Suite 4700
Atlanta, Georgia  30308
404.348.8585 – Telephone
404.467-8845 – Facsimile
Daniel.Floyd@lewisbrisbois.com
Jennifer.Cobb@lewisbrisbois.com

*/s/ Jennifer L. Cobb*
WM. DANIEL FLOYD
Georgia Bar No.: 266490
JENNIFER L. COBB
Georgia Bar No. 75336

*Counsel for Defendant*

94767978.1                                     6

## CERTIFICATE OF SERVICE

This is to certify that I have this day filed the within and foregoing DEFENDANT'S DISCLOSURE OF EXPERT WITNESSES with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification to counsel for Plaintiff as follows:

C. Napoleon Barnwell, Esq.
BROWN, BARNWELL, P.C.
463 Johnny Mercer Blvd., B-7
Suite 106
Savannah, GA 31410
napoleon@brownbarnwell.com

*Counsel for Plaintiff*

Respectfully submitted this 10th day of <u>May</u>, 2023.

LEWIS BRISBOIS BISGAARD & SMITH LLP

| | |
|---|---|
| Bank of America Plaza | */s/ Jennifer L. Cobb* |
| 600 Peachtree Street NE | WM. DANIEL FLOYD |
| Suite 4700 | Georgia Bar No.: 266490 |
| Atlanta, Georgia  30308 | JENNIFER L. COBB |
| 404.348.8585 – Telephone | Georgia Bar No. 75336 |
| 404.467-8845 – Facsimile | |
| Daniel.Floyd@lewisbrisbois.com | *Counsel for Defendant* |
| Jennifer.Cobb@lewisbrisbois.com | |

94767978.1

7