CURRICULUM VITAE

## BARRY FREDERICK JEFFRIES, MD

| | |
|---|---|
| **Birthdate:** | May 29, 1950 |
| **Place of Birth:** | Kansas City, Missouri |
| **Citizenship:** | United States |
| **Home Address:** | 5785 De Claire Ct.<br>Atlanta, GA 30328 |
| **Home Phone:** | (404) 252-5657 |
| **Business Phone:** | (404) 661 4316 |
| **Business Address:** | Radiology Explained, PC<br>227 Sandy Springs Pl # D493<br>Sandy Springs, GA 30328-5918 |
| **Email** | bjefmd@yahoo.com |

**EDUCATION:**

| | |
|---|---|
| **College:** | Kansas University, BA in Psychology with Honors and Distinction<br>9/1/1968-5/31/1972, Lawrence Kansas |
| **Medical School:** | University of Kansas Medical School, Doctor of Medicine<br>7/1/1972-6/20/1975, Kansas City, Kansas |
| **Internship:** | Diagnostic Radiology, Kansas University<br>Medical Center, 7/1/1975-6/30/1976,<br>Director - Arch W. Templeton, M.D. |
| **Residency:** | Diagnostic Radiology, Kansas University<br>Medical Center, 7/1/1976-6/30/1979,<br>Director - Arch W. Templeton, M.D. |
| **Fellowship:** | Neuroradiology (6 months) 10/1/1978-3/31/1979 at Kansas University Medical Center<br>Director - Solomon Batnitzky, M.D.<br><br>Neuroradiology (6 months) 7/1/1979-12/31/1979 at Medical College of Virginia Richmond, Virginia<br>Medical College of Virginia, Richmond, Virginia,<br>Director-Pulla Kishore, M.D. |

**SCHOLASTIC ACHIEVEMENTS, DEGREES, AWARDS, ACTIVITIES:**

| | |
|---|---|
| **College:** | Alpha Tau Omega social fraternity, Vice President of same one term, honors student, elected to University Chapter of Phi Beta Kappa May 22, 1972, graduated in 1972 with BA in Psychology with Honors and Distinction. |
| **Medical School:** | Doctor of Medicine, June 21, 1975 |

**Internship:**           Diplomate of National Board of Medical Examiners, July 1, 1976, Certificate Number 165811

**Residency:**           Research project to measure scoliotic deformity using a computer

Board certified in Diagnostic Radiology by American Board of Radiology on June 15, 1979.
Certificate of Added Qualifications in Vascular & Interventional Radiology 11/3/95 and 2004

Certificate of Added Qualifications in Neuroradiology 1996, 2005 and 2017
Primary area of professional interest - Neuroradiology.
Secondary area of professional interest - Interventional, Uroradiology.

**State licenses:**     Missouri - R7613    Issued  3/31/77
Georgia - 023070    Issued 10/7/81
California - G88081  Issued 7/18/07

**Medical Societies:**   American College of Radiology - November 14, 1979
Senior member, American Society of Neuroradiology - Oct. 12, 1982

**Present Employment:**  Part time status with Quantum Radiology
Working weekends covering trauma call

Radiology Explained, PC
227 Sandy Springs Pl., D-493
Sandy Springs, GA 30328

**Previous Employment:**  Diagnostic Imaging Specialists, P.A.
6000 Lake Forrest Drive, Suite 475
Atlanta, GA 30328

Past-President of the Medical Staff
Atlanta Medical Center
303 Parkway Drive, NE - Box 450
Atlanta, GA   30312

Director of Division of Neuroradiology 1980
Chairman of Department of Radiology, 1980-1981
Kansas City Veterans Administration
4801 Linwood Boulevard
Kansas City, Missouri 64128

Georgia Baptist Medical Center-Atlanta Medical Center (name change)
Chairman, Dept of Radiology,1990-2000
President elect of the Medical Staff, 2000-2001
President of the Medical Staff, 2002-2003
303 Parkway Drive, NE - Box 450
Atlanta, Georgia 30312

Instructor, 1980-1981
Kansas University Medical Center
39th & Rainbow Boulevard
Kansas City, Kansas 66103

## PAPERS AND PUBLICATIONS

### PAPERS PUBLISHED

1.   "Computerized Measurements and Analysis of Scoliosis", Radiology, 134:381-385; 2/80.

2.   "Post Operative Computerized Tomographic Changes in Brain", Radiology, 135:751-753;6/80.

3.   "Major Intracerebral Arterial Involvement in Sickle Cell Disease", Surgical Neurology, Vol. 14: 291-295;10/80.

4.   "Computerized Tomography in the Evaluation of Incidence and Significance of Post-Traumatic Hydrocephalus", Radiology, 141:397-402;11/81.

5.   "Hemicraniectomy for Acute Massive Cerebral Infarction", Neurosurgery, Vol.8, No.3: 321-328;81 (fifth author).

6.   "Contrast Enhancement in the Postoperative Brain", Radiology, 139:409-413;5/81

### PAPERS PRESENTED AT NATIONAL MEETINGS

1.   "Computerized Measurement and Analysis of Scoliosis" presented at the Radiological Society of North America Meeting in Atlanta, Georgia, November 1979.

2.   "Post-Surgical CT Changes in Brain" presented at RSNA in November 1979.

3.   "Post-Surgical CT Changes in Brain" presented at the American Society of Neuroradiology Annual Meeting, March 1980 and at the American Roentgen Ray Society Meeting in April 1980.

4.   "Post Traumatic Hydrocephalus" presented at American Society of Neuroradiology Annual Meeting in March 1980.

### EXHIBITS

1.   "Computerized Measurement and Analysis of Scoliosis" presented at the RSNA in Atlanta, Georgia, November 1979.   Selected for Category I Credit.

2.   "Post-Surgical CT Changes in Brain" exhibited at the 18th Annual Meeting of American Society of Neuroradiology in March 1980.

### CHAPTERS WRITTEN IN TEXTBOOKS

1.   Facet Steroid Injections; Spine: State of the Art Reviews, May 1988, Volume 2, No. 3, pp. 409-417, Hanley & Belfus, Inc.

Epidural Steroid Injections; Spine: State of the Art Reviews, May 1988, Vol. 2, No. 3, pp. 419-426, Hanley & Belfus, Inc.

## PRESENTATIONS

"The Radiology of Maxillofacial Trauma", Facial Fractures Symposia, April 23, 1987.

"The Radiology of Maxillofacial Trauma", Facial Fractures Symposia, April 22, 1988.

"General Indications of MRI:   For Referring Physicians," Warner Robins, Georgia, March 14, 1990.

"General Musculoskeletal and Body Applications:   For Clinicians," Post Graduate Medical Center at Royal Surrey County Hospital, Guildford, Surrey, England, November 13, 1990.

"Musculoskeletal and Spinal Applications:   For Clinicians," Post Graduate Medical Center at Royal Surrey County Hospital, Guildford, Surrey, England, November 13, 1990.

"Musculoskeletal and General Body Applications:   For General Practitioners," Post Graduate Medical Center at Royal Surrey County Hospital, Guildford, Surrey, England, November 14, 1990.

"Magnetic Resonance Mammography:   For Radiologists, "Fort Myers Magnetic Imaging, Fort Myers, Florida, January 30, 1992.

"Magnetic Resonance Mammography:   For Referring Physicians, "Fort Myers Magnetic Imaging, Fort Myers, Florida, May 8, 1993.

"Magnetic Resonance Mammography:   For Radiologists," Health Images, Inc., Atlanta, Georgia, February 26, 1994.

"Magnetic Resonance Mammography:   For Radiologists and Referring Physicians," Petroleum Club, Arlington, Texas, March 22, 1994.

"Magnetic Resonance Mammography:   For Radiologists," Effingham Magnetic Imaging, Effingham, Illinois, May 13, 1994.

"Magnetic Resonance Mammography:   For Radiologists," Health Images of DuPage, Wheaton, Illinois, May 13, 1994.

"Magnetic Resonance Imaging of the Breast," Magnetic Resonance Imaging 1995 National Symposium, Las Vegas, Nevada, May 26, 1995.

"Magnetic Resonance Imaging of the Breast," Advances in Mid and Low Field Magnetic Resonance Imaging, Lake Buena Vista, Florida, September 10, 1995.

"Magnetic Resonance Imaging of the Breast", Magnetic Resonance Imaging 1996 National Symposium, Las Vegas, Nevada, July 26, 1996.

## VIDEO PRODUCTION

Magnetic Resonance Mammography:   For Radiologists, producer and director Barry F. Jeffries, M.D., 1 hour, 18 min., Executive Visions, Inc., 1993, videocassette.

**CME**

American Society of Neuroradiology Annual Meeting
3/16-21/80
25 hours Category I

1980 American Roentgen Ray Society Annual Meeting
4/21-25/80
24 hours Category I

Eleventh Annual Aspen Radiology Conference
2/22-27/81
20 hours Category I

American College of Radiology Self Education and Continuing Medical Education-Chest Diseases II
10/81
25 hours Category I

CT Diagnosis of Spinal Disorders
8/28/82
4 hours Category I

University of Minnesota Continuing Medical Education Course on Endourology
11/20-21/82
16 hours Category I

Medical College of Wisconsin 5th Intermountain Conference
2/11-18/84
34 hours Category I

American Society of Neuroradiology Annual Meeting
6/2-7/84
24 hours Category I

American College of Radiology Self-Evaluation and Continuing Education Program-GU Diseases
20 hours Category I

Facial Fracture Symposium
4/23-25/87
3.4 hours Category I

Facial Fracture Symposium
4/22-23/88
16 hours Category I

Practical Magnetic Resonance Imaging 1988
10/20-23/88
21 hours Category I

American Society of Neuroradiology Annual Meeting
3/18-24/90
35 hours Category I

Magnetic Resonance Imaging 1990, National Symposium
Educational Symposia, Inc.
4/29-5/4/90
40 hours Category I

Second Annual Tutorial in Percutaneous Interventional Techniques in Treatment of Peripheral Vascular Disease
10/3-6/90
20 hours Category I

American College of Radiology
Professional Self Evaluation and Continuing Education Program
5/1/91
25 hours Category I

77th Scientific Assembly and Annual Meeting
Radiological Society of North America
1/15/92
7 hours Category I

Magnetic Resonance Imaging 1992: National Symposium
Educational Symposia, Inc.
5/17-21/92
38 hours Category I

Magnetic Resonance Imaging 1993: National Symposium
Educational Symposia, Inc.
5/2-7/93
36 hours Category I

Magnetic Resonance Imaging 1994: National Symposium
Educational Symposia, Inc.
4/17-22/94
40 hours Category I

Magnetic Resonance Imaging 1995: National Symposium
Educational Symposia, Inc.
5/22-27/ 95
39 hours Category I

CD-ROM Neuroradiology Teaching File
American College of Radiology
11/27/95
25 hours Category I

Head and Neck Radiology
Educational Symposia, Inc.
January 11-14, 1996
Orlando, Florida
22 Hours Category I

13 Annual Magnetic Resonance Imaging 1996 National Symposium
Educational Symposia, Inc.
July 22-26, 1996
Las Vegas, Nevada
38 Hours Category I

Neuroradiology Review: Brain, Spine, Head & Neck Diagnosis & Intervention

University of California, San Diego School of Medicine
January 19-23, 1998
Palm Beach, Florida
24 Hours Category I

Acute Stroke Management Workshop
American Academy of Neurology
March 28. 1998
Atlanta, Georgia
7 Hours Category I

Medical Staff Leader Retreat (Advanced Orientation)
Georgia Baptist Medical Center
10/2/98
Lake Lanier Islands, GA
5.5 hours Category I

Vertebroplasty, A Hands-On, How-To Approach Treatment of Compression Fractures
Medical Education & Research Institute
May 1, 1999
Memphis, Tennessee
5 hours Category I

Medical Staff Leader Retreat (JCAHO Orientation)
Atlanta Medical Center
September 24, 1999
Callaway Gardens
3.5 hours category I

American College of Radiology Chest Disease V Syllabus
February 2000
20 Hours Category I

Introduction to Continuous Improvement in Healthcare
Atlanta Medical Center
7/11/00
1 Hour Category I

Medical Staff Leader Retreat (JCAHO Orientation)
Carter Center, Atlanta GA
7/18/00
4 Hours Category I

9th Annual Musculoskeletal MR Course
The Breakers Resort, Palm Beach, Florida
1/15-1/19/01
22.5 Hours Category I

11th Annual Musculoskeletal MR Course
The Breakers Resort, Palm Beach, Florida
1/28-2/1/02
22.5 Hours Category I

Bioterrorism and Chemical/Biological Weapons
Medical Staff Meeting
2/12/02
1 Hour Category I

Surgery Morbidity and Mortality Conference
Surgery M & M
3/20/02
1 Hour Category I

Navigating Medical Staff Peer Review: A Legal Update
Peer Review
6/25/02
1 Hour Category I

HRCT of the Lung
University of California San Francisco
7/1-12/31, 2002
25 Hours Category I

Medical Staff Preparation for JCAHO
Atlanta Medical Center, Atlanta, GA
July 1/2003
6 hours Category 1

13th Annual Musculoskeletal Course
University of California, San Diego School of Medicine
1/26-1/30/04
22.5 hours Category I

Family Violence BA Physicians Guide to Identify and Treat Victims of Domestic Violence and Elderly Abuse
University of Miami School of Medicine
9/28/04
2 hours Category I
HIV/AIDS Update 2003
University of Miami School of Medicine
9/28/04
1 hour Category 1

Medical Error Prevention
University of Miami School of Medicine
9/28/04
2 hours Category 1

HIV/AIDS & Other Bloodborne Pathogens
Informed
10/3/04
3 hours of Category 1

14th Annual Musculoskeletal MR Course
University of California, San Diego
1/24/-28/05
22.5 hours Category 1

Governing Board Education Meeting
Tenet Healthcare Corporation
10/8/05
6 hours Category 1

15th Annual Musculoskeletal MR Course
University of California, San Diego School of Medicine
1/23-1/27/06

22.5 hours Category I

RadioGraphics CME
RSNA
March-April Issue 2006
6 hours Category I

RadioGraphics CME
RSNA
July-August Issue 2006
1 hour Category I

InForMed Physician Update required by Florida
HIV/AIDS (1) and Medical Errors (2)
Jacksonville, FL
3 hours Category I

16th Annual Musculoskeletal MR Course
University of California, San Diego School of Medicine
Palm Beach 1/22-26, 2007
22.5 Hours Category I

RadioGraphics CME
RSNA
May-June Issue, 2007
6 hours Category I

Radiographics CME
RSNA
September-October Issue, 2007
6 hours Category I

Radiographics CME
RSNA
Special October Issue, 2007
6 hours Category I

Radiographics CME
RSNA
November-December Issue, 2007
6 hours Category I

Case of the Day CME, ACR, 20 cases, 5 hours Category I

17th Annual Musculoskeletal MR Course
University of California, San Diego School of Medicine
Palm Beach 1/21-25/2008
22.5 hours Category I

Case of the Day CME, ACR, 20 cases, 5 hours Category I
ACLS Provider Course 3/1/08
American Medical Association
Rockdale Medical Center
16 hours Category I

Case of the Day CME, ACR, 20 cases, 5 hours Category I-4/15/08
Case of the Day CME, ACR, 20 cases, 5 hours Category I 6/19/08
Case of the Day CME, ACR   , 20 cases, 5 hours Category I 7/21/08
Case of the Day CME , ACR, 20 cases, 5 hours Category I 8/28/08
Case of the Day CME, ACR, 20 cases, 5 hours Category I 10/1/08
Case of the Day CME, ACR, 20 cases, 5 hours Category I 11/7/08
Case of the Day CME, ACR, 20 cases, 5 hours Category I 12/22/08
Case of the Day CME, ACR, 20 cases, 5 hours Category I 1/27/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 3/25/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 4/24/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 5/22/09
Case of the Day CME , ACR, 20 cases, 5 hours Category I 6/22/09
Case of the Day CME , ACR, 20 cases, 5 hours Category I 7/24/09
Case of the Day CME, ACR, 20 Cases, 5 hours Category I 8/23/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 9/15/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 10/13/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 11/10/09
Case of the Day CME , ACR, 20 cases, 5 hours Category I 12/10/09
Case of the Day CME, ACR, 20 cases, 5 hours Category I 1/5/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 2/2/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 3/2/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 3/30/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 4/27/10
Case of the Day CME, ACR, 20 Cases, 5 hours Category I 5/28/10
Case of the Day CME, ACR, 20 Cases, 5 hours Category I 6/26/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 7/26/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 8/23/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 9/17/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 10/15/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 11/12/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 12/13/10
Case of the Day CME, ACR, 20 cases, 5 hours Category I 1/10/11
Case of the Day CME, ACR, 20 cases, 5 hours Category I 2/7/11
Vascular Ultrasound Case Studies, Library Series Vol 1
Pacific Vascular Institute for Continuing Medical Education
15 hours Category I 2/27/2011
Case of the Day CME, ACR, 20 cases, 5 hours Category I 3/7/11
Case of the Day CME, ACR, 40 cases, 10 hours Category I 5/3/11
Case of the Day CME, ACR, 20 cases, 5 hours Category I 6/1/11
Case in Point CME, ACR, 20 cases, 5 hours Category I 6/30/11
Case in Point CME, ACR, 4 cases, 1 hour Category I 7/10/11
CT Protocol for Acute Stroke: Tips and Tricks for General Radiologists
RSNA
1 hour Category I 7/18/11
Case in Point, ACR, 14 cases, 3.5 hrs. Category I 8/1/11
Case in Point, ACR, 23 cases, 5.75 hrs. Category I 9/30/11
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 10/31/11
Case in Point, ACR, 22 cases, 5.5 hrs. Category I 11/30/11
Case in Point, ACR, 20 cases, 5 hrs. Category I 12/31/11
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 1/31/12
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 3/31/12
Case in Point, ACR, 20 cases, 5.0 hrs. Category I 4/30/12
Case in Point, ACR, 10 cases, 2.5 hrs. Category I 5/14/12
Case in Point, ACR, 15 cases, 3.75 hrs. Category I 7/9/12
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 6/31/12
Case in Point, ACR, 23 cases, 5.75 hrs. Category I 8/31/12
Case in Point, ACR, 20 cases, 5 hrs. Category I 9/30/12
Case in Point, ACR, 23 cases, 5.75 hrs. Category I 10/31/12

Case in Point, ACR, 18 cases, 4.5 hrs. Category I 11/30/12
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 12/31/12
Case in Point, ACR, 20 cases, 5.0 hrs. Category I 1/31/13
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 2/28/13
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 3/31/13
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 4/30/13
Case in Point, ACR, 22 cases, 5.5 hrs. Category I 5/31/13
Case in Point, ACR, 20 cases, 5 hrs. Category I 6/28/13
Case in Point, ACR, 22 cases, 5.5 hrs. Category I 7/31/13
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 8/30/13
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 9/30/13
Case in Point, ACR, 21 cases,5.25 hrs. Category I 10/31/13
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 11/29/13
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 12/31/13
Case in Point, ACR, 20 cases, 5.0 hrs. Category I 1/31/14
Case in Point, ACR, 20 cases, 5.0 hrs. Category I 2/28/14
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 3/31/14
Case in Point, ACR, 21 cases, 5.25 hrs. category I 4/29/14
Case in Point, ACR, 22 cases, 5.5 hrs. category I 5/30/14
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 6/27/14
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 7/31/14
Case in Point, ACR, 20 cases, 5 hrs. Category I 8/29/14
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 9/30/14
Case in Point, ACR, 22 cases, 5.5 hrs. Category I 10/31/14
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 11/28/14
Case in Point, ACR, 20 cases, 5.0 hrs. Category I 12/29/14
Case in Point, ACR, 21 cases, 5.25 hrs. Category I 1/30/15
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 2/27/15
Case in Point, ACR, 22 cases, 5.5 hrs. Category I 3/31/15
Case in Point, ACR, 19 cases, 4.75 hrs. Category I 4/27/15
Case in Point, ACR, 23 cases, 5.75 hrs. Category I 5/29/15
Case in Point, ACR, 22 cases, 5.5 hrs.   Category I 6/30/15
Case in Point, ACR, 23 cases, 5.75 hrs. Category I 7/31/15
Case in Point, ACR, 18 cases, 4.5 hrs.   Category I 8/28/15
Case in Point, ACR 20 cases, 5.0 hrs.   Category I 9/30/15
Case in Point, ACR 20 cases, 5.0 hrs.   Category I 10/30/15
Case in Point, ACR 17 cases, 4.25 hrs. Category I 11/30/15
Case in Point, ACR 23 cases, 5.75 hrs. Category I 12/31/15
Case in Point, ACR 21 cases, 5.25 hrs. Category I 1/29/16
Case in Point, ACR 20 cases, 5.0 hrs. Category I 2/29/16
Case in Point, ACR 24 cases, 6.0 hrs. Category I 3/31/16
Case in Point, ACR 18 cases, 4.5 hrs. Category I 4/29/16
Case in Point, ACR 21 cases, 5.25 hrs. Category I 5/31/16
Case in Point, ACR 20 cases, 5.00 hrs. Category I 6/30/16
Case in Point, ACR 21 cases, 5.25 hrs. Category I 7/29/16
Case in Point, ACR 22 cases, 5.5 hrs. Category I 8/31/16
Case in Point, ACR 43 cases, 10.75 hrs. Category I 10/31/16
Case in Point, ACR 21 cases, 5.25 hrs. Category I 11/30/16
Case in Point, ACR 19 cases, 4.75 hrs. Category I 12/30/16
Case in Point, ACR 23 cases, 5.75 hrs. Category I 1/31/17
Case in Point, ACR 17 cases, 4.25 hrs. Category I 2/27/17
Case in Point, ACR 23 cases, 5.75 hrs. Category I 3/30/17
Case in Point, ACR 16 cases, 4 hrs. Category I 4/27/17
Case in Point, ACR 20 cases, 5 hrs. Category I 5/31/17
Case in Point, ACR 21 cases, 5.25 hours category I 6/20/17
Case in Point, ACR 21 cases, 5.25 hrs. Category I 7/31/17
Case in Point, ACR 23 cases, 5.75 hrs. Category I 8/31/17
Case in Point, ACR 16 cases, 4.00 hrs. Category I 9/22/17

Case in Point, ACR 20 cases, 5.0 hrs. Category I 10/31/17
Case in Point, ACR 20 cases, 5.0 hrs. Category I 11/30/17
Case in Point, ACR 20 cases, 5.0 hrs. Category I 12/31/17
Case in Point, ACR 22 cases, 5.5 hrs. Category I 1/31/18
Case in Point, ACR 15 cases, 3.75 hrs. Category I 2/28/18
Case in Point, ACR 22 cases, 5.5 hrs. Category I 3/30/18
Case in point, ACR 20 cases, 5 hrs. Category I 4/30/18
Case in Point, ACP SAFE Opioid Prescribing, 3 hrs. Category I 5/19/18
Case in Point, ACR 22 cases, 5.5 hrs.   Category I 5/31/18
Case in Point, ACR 19 cases, 4.75 hrs. Category I 6/29/18
Case in Point, ACR 22 cases, 5.5 hrs.   Category I 7/31/18
Case in Point, ACR 21 cases, 5.25 hrs. Category I 8/30/18
Case in Point, ACR 15 cases, 3.75 hrs. Category I 9/21/18
Case in Point, ACR 26 cases, 6.5 hrs. Category I 10/31/18
Case in Point, ACR 21 cases  5.25 hrs. Category I 11/29/18
Case in Point, ACR 20 cases  5.0 hrs. Category I 12/31/18
CDC Training on Antibiotic Stewardship 2.75 hrs. AMA Category I 8/22/19
Case in Point, ACR all of 2019 48.25 hrs. AMA Category I 12/31/2019
Case in Point, ACR all of 2020 61.5 hrs. AMA Category I 12/31/2020
Case in Point, ACR all of 2021 60.25 hrs. AMA Category I 12/31/2021

December 12/16/2022

Radiology Explained, PC
227 Sandy Springs Pl., D-493
Sandy Springs, GA 30328

RE:    Fee Schedule for Barry F. Jeffries, MD

Enclosed is my current fee schedule.   The fees are for the review of the study listed and do not vary with the area evaluated.   Each separate study is considered as a separate study except as listed. Myelogram CTs are billed depending on the levels evaluated, i.e., cervical and lumbar would be two studies.   Finally, if in your explanatory letter enclosed with each request, you indicate the area of interest, then I ignore and do not charge for any studies which do not contribute to that evaluation.

| | |
|---|---|
| Series of X-rays(c-spine, l-spine, skull, etc) | $50.00 |
| CT scan | 200.00 |
| MR scan | 250.00 |
| CT-Myelogram | 300.00 |
| MR-Angio | 250.00 |
| Nuclear Medicine | 100.00 |
| Ultrasound | 100.00 |
| Review of medical records, deposition, etc. | 500.00/hr |
| Please note that depositions take a lot longer to review than medical records | |
| Depositions | 500.00/hr |
| Live trial testimony and waiting time for same on a day off | 550.00/hr |
| Live trial testimony when subpoenaed unexpectedly | 1,000.00/hr |
| As I am not working full time, this fee would be unlikely unless subpoenaed from A vacation. | |
| Expenses* | Variable based on situation |
| Clerical-time to fill out forms, lengthy reports | 500.00/hr |
| Travel time | 500.00/hr if on my time |

*Expenses include reimbursement of reasonable Attorney's Fees & Court costs incurred or paid in responding to discovery and/or discovery disputes.

Please let me know if you have any questions.

Sincerely,

Barry F. Jeffries, MD

4863-2721-2359.1





## Ian M. Zeller, Ph.D., ACTAR
Senior Consultant

277 Douglas Avenue, Suite 1008
Altamonte Springs, FL 32714

(407) 661-1245

izeller@rimkus.com

## Background

Dr. Zeller holds a B.S in Materials Science and Engineering as well as an M.S. and Ph.D. in Biomedical Engineering, with special emphasis on biomechanics.  His Master's and doctorate coursework focused on computational orthopedic biomechanics with a specific emphasis in dynamics, vibrations, joint contact mechanics, and muscle control during static and dynamic loading applications.  He is also a Certified Vehicle Accident Reconstructionist (ACTAR #3713) and a Certified Playground Safety Inspector (CPSI #47727-1222).

Dr. Zeller's prior experience in academia includes clinical and computational analysis of the human body with respect to the design and implantation of orthopedic devices for the knee, hip, and spine. He has published in peer-reviewed journals and presented research at both technical and surgical conferences in North America, Europe, and Asia.

Dr. Zeller has an extensive background in biomechanics including the development, validation, and application of mechanical models of the human body using statistical modeling and prediction techniques coupled with motions captured from live human subjects.  These models are parameterized for anatomy and physiology and are capable of simulating and predicting joint mechanics for healthy, diseased, and surgically-repaired knees in living subjects of varying demographic groups, facilitating improved targeting of interventional strategies and techniques. Dr. Zeller also worked with surgeons across the United States in the design and assessment of knee replacement devices, including personalized and prototype devices to optimize for efficacy and safety.

Dr. Zeller currently performs biomechanical analyses on cases involving vehicle accidents, falling objects, falls due to slipping/tripping, and evaluation from other causes of injury. His primary areas of expertise include accident reconstruction, injury potential and consistency, vehicle crash data retrieval ("black box" data retrieval), collision avoidance, seat belt determination, vehicle damage constancy, and speed analysis.

## Professional Engagements

- Research and Development
  - Personalized Total Knee Replacement Devices – Knoxville, TN (2012-2018), Responsible for clinical data collection, analysis, interpretation, and reporting of live patient motion data and prosthesis efficacy.
  - Gradual Radius Reduction Total Knee Replacement Devices – Knoxville, TN (2014-2018), Performed fluoroscopic evaluations of subjects with knee replacements and calculated force and motion results.
  - Forward Knee Computational Simulator – Knoxville, TN (2012-2018), Enhanced a mathematical model of the knee to simulate demographic and activity-specific lower limb motions.
  - Renewable Lubricant Synthesis  – Anderson, SC (2011-2012), Developed synthesis reactions and quality assurance methodologies to create and scale chemical processes.
  - Raw Material Optimization – Spartanburg, SC (2010), Re-developed raw material formulas for large-scale industrial production of ceramic whitewares maintaining mechanical and geometric properties.
  - Quantification of Ceramic Firing – Spartanburg, SC (2010), designed a methodology comparing methods of assessing heat work absorbed by ceramics during processing and associated mechanical properties.

## Forensic Engagements

- Biomechanical Investigations
  - Boston, MA (2019), Biomechanical causation analysis of a fall while skating.
  - St. Cloud, FL (2019), Injury consistency of slip and fall.
  - Orlando, FL (2018), Injury consistency in low-speed rear-end accident.
  - Kissimmee, FL (2018), Injury consistency in high-speed side-impact accident.
  - Ormond Beach FL (2018), Injury consistency of trip and fall.
  - Gainesville, FL (2018), Evaluation of head injury from falling object.

## Professional Experience

- Rimkus                                                                          2018 – Present
  - Senior Consultant
    Provides consulting services to insurance carriers, law firms, and corporate clients concerning the evaluation and analysis of human body actions and reactions as a mechanical system. Implements human-injury impact analysis in vehicular accidents and cases involving slip/trip and falls or falling objects. Performs motion studies to determine injury potential/causation, seatbelt use, airbag interaction, and occupant position determination. Documents and presents vehicle accident analysis, including forensic site mapping, vehicle inspection, and computer-aided vehicle accident reconstruction.



- University of Tennessee                                                                2012 – 2018
  - Research Assistant – Center for Musculoskeletal Research
  Completed industry-sponsored studies for orthopedic device companies from conceptualization and regulatory approval, through execution and final reporting. Responsible for live patient interaction and ensuring a safe, effective, and confidential data collection session for subsequent analysis of joint motions through fluoroscopy and forces through internal and external transducers. Managed studies ranging in objective from competitive device analysis, multigenerational device comparison, and design validation. Facilitated additional clinical and technical studies through the development and validation of a mathematical simulator for the mechanical evaluation of prospective device designs. Utilized this validated model to design and carry out studies to evaluate prospective features for future device designs. Reported and presented resulting data and conclusions from studies internally and through academic papers and conference proceedings in North America, Europe, and Asia.

- Tetramer Technologies, LLC                                                          2011 – 2012
  - Research Scientist (Co-Op)
  Developed and documented design of experiment procedures for polymer reactions to achieve optimal thermal and interactive properties while facilitating reaction procedures to allow for large-scale unit production operations while maintaining lab notes and project confidentiality.

- Kohler Company                                                                         2010 – 2011
  - Ceramic Engineer (Co-Op)
  Designed and conducted long-term cost control and quality control studies to evaluate material properties for both raw and processed ceramic material under varying compositions and processing techniques to better optimize manufacturing processes.

- Clemson University                                                                     2009 – 2012
  - Undergraduate Researcher – Materials Science and Mathematics Departments
  Conducted research leading to the presentation of results in academic conference settings while teaching theory and methodology to cross-departmental students. Administered material science research studies focused on polymer reactions for thermally activated surface modification coatings for medical applications and mathematics research centered on understanding and modeling of thermal material properties to understand heat dissipation and the subsequent effect on material mechanics.

## Education and Certifications

- **Biomedical Engineering (Biomechanics), Ph.D.:** University of Tennessee (2018)
- **Biomedical Engineering, M.S.:** University of Tennessee (2014)
- **Materials Science and Engineering, B.S.:** Clemson University (2012)
- **Certified Vehicle Accident Reconstructionist:** The Accreditation Commission for Traffic Accident Reconstruction (ACTAR #3713)
- **Certified Playground Safety Inspector:** National Recreation and Park Association (CPSI #47727-1222)

RIMKUS

## Continuing Education

- **Northwestern University:** Crash Investigation 1; Crash Investigation 2
- **Institute of Police Technology and Management:** Energy Methods and Damage Analysis in Traffic Crash Reconstruction
- **Bosch CDR Tool Technician Training**
- **Simcenter Madymo Introduction (V7.7)**

## Publications

- "In Vivo Mechanics and Vibration of the Knee Joint." Insall & Scott Surgery of the Knee, 6th Ed, Edited by W. Norman Scott, Textbook Chapter, 2016.
- Viktorova, M. Scruggs, I. Zeller and K. Fairchild, "**An Analysis of Heat Explosion for Thermally Insulated and Conducting Systems.**" Applied Mathematics, Vol. 3 No. 6, 2012, pp. 535-540.
- IM Zeller, A Sharma, WB Kurtz, MR Anderle, RD Komistek. "**Customized Versus Patient Matched Cruciate Retaining Total Knee Arthroplasty: An In Vivo Kinematics Study Using Mobile Fluoroscopy.**" Journal of Arthroplasty, Volume 32, Issue 4, Pages 1344–1350.
- IM Zeller, WB Kurtz, MD Ta, GM Dessinger, A Sharma, RD Komistek: "**In-Vivo Kinematics for Patients Implanted with a Customized, Patient Specific Posterior Stabilized Total Knee Arthroplasty Vs a Traditional Patient Sized Off the Shelf TKA During Activities of Daily Living.**" The Knee Volume 24 Issue 6, Page VIII, 2017.
- R Komistek, W Hamel, M Young, I Zeller, T Grieco, A Sharma: "**In Vivo Kinematics of the Knee Using Both Stationary and Mobile Fluoroscopy**" Journal of Bone and Joint Surgery, Volume 95 Supplemental Issue 34, pages 211-211, 2013.
- I Zeller, G Dessinger, A Sharma, TK Fehring, R Komistek: "**In Vivo Kinematics for Subjects Having a Posterior Stabilized Total Knee Arthroplasty with Gradually Reducing Curved Condylar Geometry**" Journal of Bone and Joint Surgery Orthopaedic Proceedings, Volume 100 Supplemental Issue 5 Page 23, 2018.
- I Zeller, T Grieco, B Meccia, A Sharma, R Komistek: "**Development of a Mathematical Model to Successfully Predict Normal Knee Kinematics.**" Orthopaedic Proceedings, Volume 100 Supplemental Issue 5, Page 24, 2018.

**PROFESSIONAL FEES SCHEDULE**
**Effective January 1, 2023**

1. **Professional Fees.** Company charges for services provided according to the skill level required by the assignment. Work performed on a time and expense basis will be charged in accordance with the Professional Fees Schedule listed below. The rates below reflect those of personnel within the practice area that Rimkus deems relevant to the assignment at its inception. Rimkus reserves the right, as the course of the assignment progresses and its subject matter clarifies, to assign personnel within different practice areas, some of whom may have rates greater or lesser than, or equal to, the rates provided below. Work performed on any fixed price contracts will be charged at the agreed fixed amount. Rates for professional consulting services, report preparation, depositions, and court appearances are:

```
Officer/Director ...............................................................................................$ 525-675 per hour
District Manager/Practice Leader....................................................................$ 445-560 per hour
Associate Director/Principal Consultant .........................................................$ 445-535 per hour
Senior Consultant............................................................................................$ 405-470 per hour
Senior Fire Consultant.....................................................................................$ 350-410 per hour
Consultant........................................................................................................$ 350-410 per hour
Fire Consultant ................................................................................................$ 320-380 per hour
Associate Consultant.......................................................................................$ 260-295 per hour
Graphic Artist/Senior Technician.....................................................................$ 265-305 per hour
Technician........................................................................................................$ 220-255 per hour
CAD/Technical Specialist ...............................................................................$ 245-270 per hour
Project Assistant .............................................................................................$ 195-215 per hour
Administrative Assistant ..................................................................................$ 155-180 per hour
Specialized Consulting Services ..............................................................................quoted
```

2. At the discretion of Company, a retainer may be required in advance of or during the performance of any services. Such retainer payments will be credited to Client's account. Any unused portion of the retainer following the final invoice by Company will be refunded.

3. Travel and other incidental expenses are charged at cost.

4. When third-party laboratory work, equipment usage, materials purchasing or testing services are required, a 15% handling charge will be assessed.

5. The fees shown on this schedule shall remain in effect through September 30, 2023. Beginning October 1, 2023, a new fee schedule will become effective. All services provided on assignments on and after October 1, 2023, will be invoiced in accordance with the Professional Fees Schedule in effect at the time the services are provided.

6. Payment of taxes such as sales and use tax, gross receipts tax or mandatory taxes of any kind required to be collected or withheld from payments to Company are the responsibility of Client.

7. To aid in provision of services, Rimkus personnel may use Rimkus's technical equipment, laboratory testing, and/or technical software. Rimkus charges a usage expense for the foregoing.

8. Expenses for personal vehicle use on assignments will be charged at $0.90 per mile.

9. If requested, we will provide storage of items at a fee as listed below. Moving and disposal costs of stored items will be paid by Client. Costs of personnel to assist in the viewing and testing of stored items will be billed to Client.

| Item Handling Fee. | $275.00 |
|---|---|
| *Item Storage | |
| ▪ Items Smaller than 1.5 Cubic Foot Volume | $125.00/Month* |
| ▪ Items Greater than 1.5 Cubic Foot Volume | $175.00/Month* |
| ▪ Large/Special Handling (Larger Than 500 Cubic Foot Volume or More Than 1,000 Pounds) | To Be Quoted* |
| Disposal of Items | Cost + 15% |
| * Billed Quarterly | |

Kevin Galbreath
Transportation Safety Specialist
1002 South Briarcliff Circle
Maryville, TN 37803
865-414-6438  ❖  kgalbreath1963@gmail.com

 

# CURRICULUM VITAE
April 2021

## Current Employment

Transportation Safety Consultant, May 2003 until Present

Specialize in motor carrier loss control programs and regulatory compliance issues involving the Federal Motor Carrier Safety Regulations and Hazardous Materials Regulations, Title 49, Code of Federal Regulations.

Conduct motor carrier risk assessments by evaluating regulatory compliance, driver turnover, driver training programs, accident trends and other loss control programs. Make recommendations and advise motor carriers pertaining to regulatory compliance, driver hiring procedures, driver training and orientation, driver retention and accident reduction.

Conduct Seminars pertaining to Motor Carrier Safety and Hazardous Materials Regulations, Motor Carrier Profiles, Compliance Safety and Accountability (CSA), Driver Hiring and Retention, and various driver-training issues.

Guest speaker for trucking associations in North Carolina, Tennessee, South Carolina, and Georgia, as well as the Arkansas Oil Marketers Association, Great West Casualty Company, Kiwanis Clubs, Great Smoky Mountain CPCU Society Chapter and various other associations.

During the past several years as a consultant, I have worked with several motor carriers across the country.  I have assisted them with all aspects of compliance with the Federal Motor Carrier Safety Regulations and Hazardous Materials Regulations. I have helped motor carriers obtain a Satisfactory Safety Rating with the Federal Motor Carrier Safety Administration by guiding them to enhance their compliance standards and safety performance.  I have also helped motor carriers monitor, maintain and reduce their CSA Basics.  I have also been subcontracted to the Department of Energy in Oak Ridge, Tennessee as a Subject Matter Expert (SME) pertaining to review, enhance and develop training for all employees regulated by the FMCSRs and HMRs, including radioactive materials.

**Previous Employment**

Great West Casualty Company, February 1998 until May 2003.

Safety and Loss Control Specialist, Southeast Regional Office

Conducted motor carrier risk assessments by evaluating regulatory compliance, management's commitment to safety, driver turnover, driver training programs, accident trends and other loss control programs.  Made recommendations and advised motor carriers pertaining to regulatory compliance, driver hiring procedures, driver training and orientation, driver retention and accident reduction.

Certified instructor for the National Safety Council's Defensive Driving Course for the Professional Truck Driver and for Great West Casualty's Ethics and Techniques for the Professional Truck Driver Course and Great West Casualty's Value Driven Driving Course.

Conducted Seminars pertaining to Motor Carrier Safety and Hazardous Materials Regulations, Motor Carrier Profiles, SafeStat, Driver Hiring and Retention, and various driver-training issues.

United States Department of Transportation, Federal Highway Administration, Office of Motor Carriers, March 1990 until January 1998.

Division Program Specialist, South Carolina Division, 1997 – 1998

Conducted Safety Compliance Reviews (Audits) of Motor Carriers and Shippers of Hazardous Materials;  Conducted Investigations of violations of the Federal Motor Carrier Safety Regulations and Hazardous Material Regulations;  Submitted Enforcement Cases that resulted in civil penalties;  Trained and developed new Safety Investigators;  Inspected commercial motor vehicles during roadside inspections and compliance reviews.

Responsible for several federal and state programs including the South Carolina State Transport Police State Enforcement Plan, Motor Carrier Safety Assistance Grant, Uniformity Grant pertaining to the implementation of International Fuel Tax Agreement/International Registration Program (IFTA/IRP), One-Stop-Shopping, Automated Vehicle Identification, and Digitalized Licenses, National Governors Association Grant (Uniform Large Vehicle Crash Report).  I was a member of the National Accident Analysis Steering Committee.

Hazardous Materials Specialist, South Carolina Division, 1992 – 1997

Conducted Safety Compliance Reviews (Audits) of Motor Carriers and Shippers of Hazardous Materials;  Conducted Investigations of violations of the Federal Motor Carrier Safety Regulations and Hazardous Material Regulations;  Submitted Enforcement Cases which resulted in civil penalties;  Investigated accidents involving Commercial Motor Vehicles;  Conducted seminars on Motor Carrier Safety Regulations and Hazardous Material Regulations;   Inspected commercial motor vehicles

during roadside inspections and compliance reviews;  Trained and developed new Safety Investigators;  Trained and developed the South Carolina State Transport Police Commercial Vehicle Enforcement Unit and Hazardous Materials Unit;  Member of the USDOT Hazardous Waste and Substance Technical Advisory Group.  Completed assignment to the San Francisco Regional Office as the Acting Federal Hazardous Materials Program Manager.

Safety Investigator/Specialist, Florida Division, 1990 – 1992

Conducted Safety Compliance Reviews (Audits) of Motor Carriers and Shippers of Hazardous Materials;  Conducted Investigations of violations of the Federal Motor Carrier Safety Regulations and Hazardous Material Regulations;  Submitted Enforcement Cases which resulted in civil penalties;  Trained and developed new Safety Investigators;  Inspected commercial motor vehicles during roadside inspections and compliance reviews.

## Education

The University of Tennessee, Knoxville, 1986, BFA

## Training

Motor Carrier Safety Training Academy, Transportation Safety Institute (TSI), Oklahoma City, OK

Regulatory Compliance Areas Covered:
Hours of Service
Driver Qualifications
Vehicle Inspections
Vehicle Maintenance and Repair
Transportation and Shipment of Hazardous Materials
Financial Responsibility

Other Transportation Safety Institute (TSI) Courses

Controlled Substances Testing
Hazardous Materials Enforcement and Compliance Course
Specialized Hazardous Materials – Cargo Tank Test and Inspection Facilities
Specialized Hazardous Materials – Performance Oriented Packaging, HM-181
Specialized Hazardous Materials – Hazardous Waste and Substance
Specialized Hazardous Materials – Hazardous Waste and Substance
Specialized Hazardous Materials – Radioactive Materials
Intermodal Transportation of Hazardous Materials
Motor Carrier Safety Enforcement Procedures
Hazardous Materials Awareness (OSHA)
Enforcement Procedures Course
United States Coast Guard Container Inspection Program Training

Motor Carrier Safety Assistance Program (MCSAP) Grants Management
Office of Motor Carriers Coaches Workshop (Investigator Train the
  Trainer Course)
Commercial Vehicle Drug Interdiction Techniques
Basic Hazardous Materials

Other Transportation Safety Related Courses

Specialized Hazardous Materials – Explosives (OMC National Training
  Center)
Advanced Waste (Transportation Management Division, US Department
  of Energy)
Motor Carrier Size and Weight (SC Criminal Justice Academy)
Specialized Hazardous Materials – First Response (SC Criminal Justice
  Academy)
Basic Environmental Law Enforcement (SC Office of Attorney General)
OSHA Standards (Great West Casualty Company)
Accident Investigations
Accident Countermeasures
Investigation Techniques (Federal Law Enforcement Training Center)

**Court testimony given within the last 4 years**

Traci Stevenson, Personal Representative of the Estate of Scott Stevenson,
Deceased v The Simpson Group, Inc.
    State of Michigan, In the Circuit Court for the County of Wayne

**Depositions given within the last 4 years**

Mark Sigmon v Champion Industries, Inc., Capitol Business Equipment, Inc. dba Capitol
Business Interiors, Inc., Chapman Printing Company, Inc.
    Circuit Court for Kanawha County, West Virginia

Traci Stevenson, Personal Representative of the Estate of Scott Stevenson, Deceased v
The Simpson Group, Inc.
    State of Michigan, In the Circuit Court for the County of Wayne

Celene and Efren Dominguez v CR&R, Incorporated
    State of California, Orange County Superior Court

Eugene Morrow, Individually and as Personal Representative for the estate of Margaret
Morrow v. Horizon Transport, Inc., Klaus Bermel-Schanz, State Farm Automobile
Insurance Company
    United States District Court, Western District of Kentucky

Maurice Williams and Diandra Williams v Wilest Isaac and Cypress Truck Lines
    United States District Court, District of South Carolina, Florence Division

Hunter Stephen Kennedy, and Wife Diane Kennedy v C&J Well Services, Inc., DBA C&J Energy Services, and Edward Garrick Roberts
    District Court, 269th Judicial District, Harris County, Texas

Matthew Genovese v Big Boy Trucking, Inc., et al
    Superior Court of The State of California, County of Los Angeles - Pomona Courthouse

Barry M. Creagan, Jr., et al. v Wal-Mart Transportation, LLC, et al
    United States District Court, Northern District of Ohio, Western Division

Donna Robinson, individually and as Mother and Next Friend of Aniyah Robinson, a minor v USA Truck, Inc., and Stella Lopez
    United States District Court, Northern District of Alabama, Eastern Division

Douglas W. Rinehart, as the natural son of Decedent, Peggy Rinehart v Western Transport, Inc., Daljit Singh, and West Side Trans, Inc., et al.
    Circuit Court of the County of DeKalb, State of Missouri

Christopher Clack, as Personal Representative of the Estate of Noah Clack v Atlas Van Lines, Inc., Reads Moving Systems, Inc., Reads Moving Systems of Carolina, Inc., and Peter C. Falch
    State of South Carolina in the Court of Common Pleas, County of Colleton

Cynthia J. Munro and John B. Munro, III, Individually, and as Surviving Parents of Ashleigh Munro, as Administrator of the Estate of Ashleigh Munro, her Deceased Daughter v Triple H Transport, Inc.; American Resources Insurance Company, Inc.; Michael Blalock; and Sarah Williams
    State Court of Dekalb County, State of Georgia

Tatevik Galstyan v Anthony Paul Johnson; AK Trucking; All American Asphalt, et. al.
    Superior Court of the State of California for the County of Los Angeles

Robert Malone, Administrator of the Estate of Rhoda Malone, v David M. Elsbury, Jr., et. al.
    Circuit Court of Harrison County, West Virginia

Anthony Crouch, v Forward Air, Inc., et. al.
    State of New Mexico, County of Santa Fe, First Judicial District

Leonard A. Grant, v CRST Specialized Transportation, Inc., a foreign corporation; Kevin E. Perkins and Jane Doe Perkins, individually and the marital community composed thereof; and Does 1 through 5, defendants
    The Superior Court of the State of Washington in and for the County of King

Gerardo Sanchez, Jose Dominguez, David Duarte, Morgan Dasbach, Christopher Bermea, and Terri Bermea, v Wheaton Van Lines Inc. d/b/a Wheaton Worldwide Moving, Penske Logistics, LLC, Spike, Inc. d/b/a Olympia Moving & Storage Company and Penske Truck Leasing Co., LP
    United States District Court, Western District of Texas, San Antonio Division


**Authorized Publications**
    **None**

## FEE SCHEDULE

| | |
|---|---|
| Expert Witness Work | $300 per hour plus expenses* ($3600 Retainer Fee) |
| Deposition Fee | $300 per hour, plus expenses* (6 hour minimum) |
| Trial Testimony | $300 per hour plus expenses* (6 hour minimum) |

* Expenses include travel time**, lodging, transportation, etc.

** Travel time is billed at the $300 per hour rate.

## FEE SCHEDULE

| | |
|---|---|
| Expert Witness Work | $300 per hour plus expenses*<br>($3600 Retainer Fee) |
| Deposition Fee | $300 per hour, plus expenses*<br>(6 hour minimum) |
| Trial Testimony | $300 per hour plus expenses*<br>(6 hour minimum) |

* Expenses include travel time**, lodging, transportation, etc.

** Travel time is billed at the $300 per hour rate.